IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **THOMAS D. HARRIS, JR.** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:14-cv-00871-TWT |
| **STANDARD INS. CO.** | ) | |
| | ) | |
| **Defendant** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come plaintiff THOMAS D. HARRIS, JR. and defendant STANDARD INS. CO., through their respective attorneys of record, and stipulate that the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 15th day of October, 2014.

*s/Michael J. Hofrichter*
Michael J. Hofrichter
Georgia Bar No. 359841

Attorney for Plaintiff

ROGERS, HOFRICHTER&
    KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214

(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)

                                               *s/Kenton J. Coppage*
                                               Kenton J. Coppage
                                               Georgia Bar No. 187190

                                               Attorneys for Defendant

SMITH MOORE LEATHERWOOD LLP
Regions Plaza, Suite 2300
1180 West Peachtree Street, NW
Atlanta, Georgia 30309
(404) 962-1000 - *Telephone*
(404) 962-1200 - *Facsimile*